DENNIS S. WAKS, Bar #142581
Acting Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TED SNYDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05cr0155 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| v. | ) | |
| TED SNYDER, | ) | Date: January 30, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above entitled matter now set for January 23, 2006, may be continued to **January 30, 2006, at 9:00 a.m.**

The reason for this continuance is to allow the parties time for further preparation.

///
///
///
///
///
///
///

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: January 12, 2006                   By:    /s/ David L. Gappa
                                                                DAVID L. GAPPA
                                                               Assistant U.S. Attorney
                                                                Attorney for Plaintiff

                                                                DENNIS S. WAKS
                                                               Acting Federal Defender

DATED: January 12, 2006                   By:    /s/ Robert W. Rainwater
                                                                ROBERT W. RAINWATER
                                                                Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Ted Snyder

**ORDER**

IT IS SO ORDERED.

**Dated:   January 18, 2006**                 **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE